NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

JAC 05-1612

STATE IN THE INTEREST OF KRJ, RBJ AND KBJ

**********

APPEAL FROM THE
OAKDALE CITY COURT, NO. 21291J
HONORABLE KENNETH PERRELL FUSELIER, CITY COURT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

Errol David Deshotels
Deshotels, Mouser & Deshotels
P. O. Box 339
Oberlin, LA 70655
(337) 639-4309
Counsel for Appellee:
W. J.

Nicholas Pizzolatto, Jr.
Attorney at Law
P. O. Box 1487
Lake Charles, LA 70602
(337) 491-2963
Counsel for Appellant:
State of Louisiana, Department of Social Services

**Herbert Todd Nesom**
**Assistant District Attorney**
**P. O. Box 830**
**Oberlin, LA 70655**
**(337) 639-2641**
**Counsel for Appellee:**
**State of Louisiana**

**Judi Frances Abrusley**
**Attorney at Law**
**P. O. Box 1114**
**Oakdale, LA 71463**
**(318) 335-9771**
**Counsel for Appellee:**
**K. R. J.**
**R. B. J.**
**K. B. J.**

**Romelzy Willis, Jr.**
**Attorney at Law**
**P. O. Box 1368**
**Oberlin, LA 70655**
**(337) 639-4600**
**Counsel for Appellee:**
**C. S.**